1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY SANGIS, ) | Case No. CV 08-01415 DDP (PLAx) |
| ) | |
| Plaintiff, ) | **ORDER TO SHOW CAUSE WHY THIS CASE** |
| ) | **SHOULD NOT BE DISMISSED FOR LACK** |
| v. ) | **OF SUBJECT MATTER JURISDICTION** |
| ) | |
| THE ISLAND PACKERS ) | |
| CORPORATION; and DOES 1-50 ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

   The Court is not convinced the parties are completely diverse as required for diversity jurisdiction.  See 28 U.S.C. § 1332.  As such, the Court orders the parties to show cause why this action should not be dismissed for lack of subject matter jurisdiction. The Court orders the parties to file cross- briefs, not to exceed ten pages, by May 19, 2008, to show cause why this action should not be dismissed for failure to establish federal jurisdiction. The parties should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.  If a party

does not file a brief, the court will regard that party as not opposing dismissal of this matter.

IT IS SO ORDERED.

Dated: May 9, 2008

_____
DEAN D. PREGERSON
United States District Judge